UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
312 N. SPRING STREET
LOS ANGELES, CALIFORNIA 90012
(213)894-5290

CHAMBERS OF
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

May 10, 2004

Hon. Mary M. Lisi, Chair
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

*Re: Annual Financial Disclosure Report for Year 2003*

Dear Judge Lisi:

Concerning the enclosed report for 2003, the source of my wife's income ████████

It is not possible for me to place any given year's entry on the same numbered line as that entry was placed the previous year. To assist the Committee, however, I have completed a cross-reference chart, as follows.

| Account | Lines 2002 Report | Lines 2003 Report |
|---|---|---|
| IRA Rollover Account | 185-213 | 135-161 |
| Trust One | 142-184 | 99-134 |
| Trust Two | 122-140 | 162-186 |
| Trust Three | 9-106 | 1-83 |
| Trust Four | 1-5 | 187-191 |
| Trust Five | 6-7 | 192-193 |
| IRAs 1 and 2 | 107-121 | 84-98 |
| Sherbourne | 8 | 194 |
| TIAF-CREF | 141 | 195 |

COPY

Hon. Mary M. Lisi, Chair
May 10, 2004

Page 2


Unfortunately, the person responsible for providing me the information about Trust Three and IRAs One and Two did not follow my instructions, and thus did not aggregate the entries. That is why there are entries in columns B and C for each stock. Certain mutual funds listed in Trust One and IRA Rollover Account have more than one entry either because there was more than one transaction or because it was a "holdover" asset, the size or amount of which was increased during 2003.

I trust that the AO-10 report is in order. Thank you.

Very truly yours,



A. Howard Matz


AHM:cmf
Enclosure


P.S. The software and disk that the AO transmitted was flawed. It did not print out Sections VIII and IX and so I filled in a blank copy of the concluding page from a previous year as the basis for this year's form.

AO-13
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Matz, A. Howard | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>5/10/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>312 N. Spring St., Room 170<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustor and Co-Trustee | Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 11 00 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Salary paid ███████████ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Ass'n of Business Trial Lawyers | 10/17-10/19 Santa Ana Pueblo, N.M. - Transportation, meals and room for educational seminar |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Hon. Christina A. Snyder | Eight (8) tickets to L.A. Dodger Game | $264 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. TRUST NO. THREE | | | | | | | | | |
| 2. ADC Telecommunications Common (Trust) | | | J | T | | | | | |
| 3. Aetna Inc. New Common (Trust) | | | | | Sell | 7/11 | J | B | |
| 4. Aetna Inc. New Common (Trust) | | | | | Sell | 7/18 | J | B | |
| 5. American Electric Power Co. Common (Trust) | A | Dividend | J | T | | | | | |
| 6. Arrow Electronics Inc. Common (Trust) | | | J | T | | | | | |
| 7. Avnet Inc. Common (Trust) | | | J | T | | | | | |
| 8. Bank of America Corp. Common (Trust) | A | Dividend | K | T | | | | | |
| 9. Bank One Corp. Common (Trust) | A | Dividend | | | Sell | 1/29 | J | A | |
| 10. Bernstein California Municipal (Trust) | C | Dividend | M | T | Buy | 12/5 | J | | |
| 11. Bernstein California Municipal (Trust) | | | | | Sell | 1/8 | J | A | |
| 12. Bernstein California Municipal (Trust) | | | | | Sell | 4/4 | J | A | |
| 13. Bernstein California Municipal (Trust) | | | | | Sell | 7/9 | J | A | |
| 14. Bernstein California Municipal (Trust) | | | | | Sell | 10/10 | J | A | |
| 15. Bernstein Emerging Markets (Trust) | A | Dividend | L | T | | | | | |
| 16. Bernstein Tax-Managed (Trust) | C | Dividend | N | T | | | | | |
| 17. Burlington Northern Santa Fe Common (Trust) | A | Dividend | J | T | Sell | 7/23 | J | A | |
| 18. Burlington Northern Santa Fe Common (Trust) | | | | | Sell | 10/20 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4) A = $1,000 or less ... [legend partially illegible]
2. Value Codes: (See Columns C1 and D3) ...
3. Value Method Codes: (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

FINANCIAL DISCLOSURE REPORT
Page 2 of 11

Name of Person Reporting
Matz, A. Howard

Date of Report
5/10/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Cabot Corp. Common (Trust) | | | | | Sell | 1/3 | J | B | |
| 20. Cigna Corp. Common (Trust) | A | Dividend | | | Sell | 9/8 | J | C | |
| 21. Cinergy Corp. Common (Trust) | A | Dividend | | | Sell | 9/4 | J | B | |
| 22. Citigroup Inc. Common (Trust) | A | Dividend | J | T | Buy | 9/26 | J | | |
| 23. Comcast Corporation Common (Trust) | | | J | T | Buy | 6/17 | J | | |
| 24. ConocoPhillips Common (Trust) | A | Dividend | K | T | | | | | |
| 25. Constellation Energy Group Inc. Common (Trust) | A | Dividend | J | T | | | | | |
| 26. Cooper Industries Ltd. Common (Trust) | A | Dividend | J | T | | | | | |
| 27. Cooper Tire & Rubber Co. Common (Trust) | A | Dividend | J | T | | | | | |
| 28. Corning Inc. Common (Trust) | | | K | T | | | | | |
| 29. Eastman Chemical Co. Common (Trust) | A | Dividend | | | Sell | 7/23 | J | A | |
| 30. Entergy Corp. New Common (Trust) | A | Dividend | J | T | Buy | 9/9 | J | | |
| 31. Federal National Mortgage Assns. Common (Trust) | A | Dividend | J | T | | | | | |
| 32. Federated Department Stores Common (Trust) | A | Dividend | J | T | Buy | 2/21 | J | | |
| 33. FleetBoston Financial Common (Trust) | A | Dividend | J | T | | | | | |
| 34. Flextronics International Common (Trust) | | | J | T | Buy | 12/3 | J | | |
| 35. Georgia Pacific Corp. Common (Trust) | A | Dividend | | | Sell | 5/22 | J | A | |
| 36. Georgia Pacific Corp. Common (Trust) | | | | | Sell | 5/22 | J | A | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001-$2,500; C =$2,501-$5,000; D =$5,001-$15,000; E =$15,001-$50,000
(Columns B1 and D4) F =$50,001-$100,000; G =$100,001-$1,000,000; H1 =$1,000,001-$5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001-$50,000; L =$50,001-$100,000; M =$100,001-$250,000
(See Columns C1 and D3) N =$250,001-$500,000; O =$500,001-$1,000,000; P1 =$1,000,001-$5,000,000; P2 =$5,000,001-$25,000,000;
P3 =$25,000,001-$50,000,000; P4 =More than $50,000,000.
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash/Market
(See Column C2) U =Book Value V =Other W =Estimated

FINANCIAL DISCLOSURE REPORT
Page 3 of 11

Name of Person Reporting
Matz, A. Howard

Date of Report
5/10/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. General Electric Common (Trust) | | | J | T | Buy | 9/26 | J | | |
| 38. Genuine Parts Co. Common (Trust) | A | Dividend | J | T | | | | | |
| 39. Glaxo PLC - Sponsored ADR Common (Trust) | A | Dividend | J | T | | | | | |
| 40. Golden West Financial Corp. Common (Trust) | A | Dividend | J | T | | | | | |
| 41. Guidant Corp. Common (Trust) | A | Dividend | J | T | Buy | 11/12 | J | | |
| 42. Health Net Inc. Common (Trust) | | | | | Sell | 5/8 | J | B | |
| 43. Hewlett Packward Co. Common (Trust) | A | Dividend | K | T | | | | | |
| 44. Ingram Micro Inc. Cl A Common (Trust) | | | J | T | | | | | |
| 45. Lear Corp. Common (Trust) | | | J | T | | | | | |
| 46. Leggett & Plant Inc. Common (Trust) | A | Dividend | J | T | | | | | |
| 47. Lehman Brothers Holdings Inc. Common (Trust) | A | Dividend | J | T | | | | | |
| 48. Liz Claiborne Inc. Common (Trust) | A | Dividend | J | T | | | | | |
| 49. Lubrizol Corp. Common (Trust) | A | Dividend | J | T | | | | | |
| 50. Magna International Inc. Common (Trust) | A | Dividend | J | T | Exchange | 9/3 | J | | |
| 51. May Department Stores Co. Common (Trust) | A | Dividend | J | T | | | | | |
| 52. Meadwestvaco Corp. Common (Trust) | A | Dividend | J | T | | | | | |
| 53. Metlife Inc. Common (Trust) | A | Dividend | J | T | | | | | |
| 54. MI Developments Inc. Common (Trust) | | | J | T | Exchange | 9/3 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
 P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. National City Corp. Common (Trust) | A | Dividend | J | T | | | | | |
| 56. Norfolk Southern Corp. Common (Trust) | A | Dividend | J | T | | | | | |
| 57. Nortel Networks Corp. Common (Trust) | | | J | T | | | | | |
| 58. Occidental Petroleum Corp. Common (Trust) | A | Dividend | J | T | | | | | |
| 59. Pepsico Inc-North Carolina Common (Trust) | | | J | T | Buy | 9/30 | J | | |
| 60. Pepsico Inc-North Carolina Common (Trust) | | | | | Buy | 11/7 | J | | |
| 61. PPL Corporation Common (Trust) | A | Dividend | J | T | | | | | |
| 62. Quatum Corp. Dssg Com Common (Trust) | | | | | Sell | 9/8 | J | A | |
| 63. Qwest Communications Common (Trust) | | | J | T | Sell | 10/21 | J | A | |
| 64. Qwest Communications Common (Trust) | | | | | Sell | 11/21 | J | A | |
| 65. Renaissance Holdings Ltd. Common (Trust) | A | Dividend | J | T | Buy | 6/9 | J | | |
| 66. Safeway Inc. Common (Trust) | | | J | T | Buy | 2/26 | J | | |
| 67. Smurfit-Stone Container Corp. Common (Trust) | | | J | T | | | | | |
| 68. Solectron Corp. Common (Trust) | | | J | T | | | | | |
| 69. Sonoco Products Co. Common (Trust) | A | Dividend | | | Sell | 6/9 | J | A | |
| 70. Sprint Corp. Common (Trust) | A | Dividend | J | T | Buy | 2/26 | J | | |
| 71. Sprint Corp. PCS Ser 1 Common (Trust) | | | J | T | Buy | 7/31 | J | | |
| 72. Supervalu Inc. Common (Trust) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A =$1,000 or less     B =$1,001-$2,500     C =$2,501-$5,000     D =$5,001-$15,000     E =$15,001-$50,000
   (See Columns B1 and D4)     F =$50,001-$100,000     G =$100,001-$1,000,000     H1 =$1,000,001-$5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001-$50,000     L =$50,001-$100,000     M =$100,001-$250,000
   (See Columns C1 and D3)     N =$250,001-$500,000     O =$500,001-$1,000,000     P1 =$1,000,001-$5,000,000     P2 =$5,000,001-$25,000,000
       P3 =$25,000,001-$50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash/Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Tech Data Corp. Common (Trust) | | | J | T | | | | | |
| 74. Tellabs Inc. Common (Trust) | | | J | T | | | | | |
| 75. Temple-Inland | A | Dividend | | | Sell | 7/7 | J | A | |
| 76. Torchmark Corp. Common (Trust) | A | Dividend | J | T | | | | | |
| 77. VF Corp. Common (Trust) | A | Dividend | J | T | | | | | |
| 78. Valero Energy Corp. News Common (Trust) | A | Dividend | J | T | | | | | |
| 79. Verizon Communications Common (Trust) | A | Dividend | J | T | Buy | 7/31 | J | | |
| 80. Wachovia Corp. Common (Trust) | A | Dividend | J | T | Sell | 9/29 | J | A | |
| 81. Whirlpool Corp. Common (Trust) | A | Dividend | J | T | Sell | 7/7 | J | A | |
| 82. Wisconson Energy Corp. Common (Trust) | A | Dividend | J | T | | | | | |
| 83. Wyeth Common (Trust) | A | Dividend | J | T | Buy | 7/29 | J | | |
| 84. IRAs ONE AND TWO | | | | | | | | | |
| 85. Bernstein Emerging Markets (IRA) | A | Dividend | K | T | Buy | 12/5 | J | | |
| 86. Bernstein International (IRA) | A | Dividend | L | T | Buy | 4/11 | J | | |
| 87. Bernstein International (IRA) | | | | | Buy | 12/5 | J | | |
| 88. Bernstein International (IRA) | | | | | Sell | 1/8 | J | A | |
| 89. Bernstein International (IRA) | | | | | Sell | 4/4 | J | A | |
| 90. Bernstein International (IRA) | | | | | Sell | 7/9 | J | A | |

1. Income/Gain Codes: A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000
(See Columns B1 and D4) F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000
2. Value Codes J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000
(See Columns C1 and D3) N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000 | P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) U =Book Value | V =Other | W =Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Bernstein International (IRA) | | | | | Sell | 10/10 | J | A | |
| 92. Bernstein Emerging Markets (S - IRA) | A | Dividend | K | T | Buy | 12/5 | J | | |
| 93. Bernstein International (S - IRA) | A | Dividend | L | T | Buy | 4/11 | J | | |
| 94. Bernstein International (S - IRA) | | | | | Buy | 12/5 | J | | |
| 95. Bernstein International (S - IRA) | | | | | Sell | 1/8 | J | A | |
| 96. Bernstein International (S - IRA) | | | | | Sell | 4/4 | J | A | |
| 97. Bernstein International (S - IRA) | | | | | Sell | 7/9 | J | A | |
| 98. Bernstein International (S - IRA) | | | | | Sell | 10/10 | J | A | |
| 99. TRUST NO. ONE | B | Interest/Div | M | T | | | | | |
| 100. AT&T Corp. | | | | | | | | | |
| 101. AT&T Wireless | | | | | | | | | |
| 102. Agere | | | | | | | | | |
| 103. Comcast | | | | | | | | | |
| 104. Lucent | | | | | | | | | |
| 105. Walt Disney | | | | | | | | | |
| 106. Schwab One Money Market | | | | | | | | | |
| 107. Dodge & Cox Stock | | | | | | | | | |
| 108. Harbor Capital Appreciation | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4): F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3): N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2): U = Book Value; V = Other; W = Estimated

FINANCIAL DISCLOSURE REPORT
Page 7 of 11

Name of Person Reporting
Matz, A. Howard

Date of Report
5/10/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Selected American Shares | | | | | | | | | |
| 110. Calamos Growth | | | | | | | | | |
| 111. ICM Small Company Port | | | | | | | | | |
| 112. Pimco Emerging Co. | | | | | | | | | |
| 113. Strong Common | | | | | Sell | 11/21 | J | A | |
| 114. Artisan Int'l | | | | | | | | | |
| 115. MS Emerging Market | | | | | | | | | |
| 116. MS Int'l Equity | | | | | | | | | |
| 117. Tweedy Browne Global Value | | | | | | | | | |
| 118. Cohen & Steers Realty | | | | | | | | | |
| 119. Merger Fund | | | | | | | | | |
| 120. Northeast Investors | | | | | | | | | |
| 121. Artisan Int'l | | | | | Buy | 1/7 | J | | |
| 122. Calamos Growth | | | | | Buy | 1/7 | J | | |
| 123. Caldwell & Orkin Mkt Opp. | | | | | Buy | 1/7 | J | | |
| 124. Cohen & Steers Realty | | | | | Buy | 1/7 | J | | |
| 125. Cohen & Steers Realty | | | | | Buy | 6/4 | J | | |
| 126. Dodge & Cox Stock | | | | | Buy | 1/30 | J | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $1,500-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. JP Morgan Mid Cap Value | | | | | Buy | 11/24 | J | | |
| 128. Merger Fund | | | | | Buy | 1/30 | J | | |
| 129. Merger Fund | | | | | Buy | 6/4 | J | | |
| 130. MS Int'l Equity | | | | | Buy | 1/30 | J | | |
| 131. Pimco Emerging Companies | | | | | Buy | 6/4 | J | | |
| 132. Selected American Shares | | | | | Buy | 1/7 | J | | |
| 133. Selected American Shares | | | | | Buy | 3/18 | J | | |
| 134. Strong Common | | | | | Buy | 1/30 | J | | |
| 135. IRA ROLLOVER | E | Interest/Div | P1 | T | | | | | |
| 136. Dodge & Cox Stock | | | | | | | | | |
| 137. Fidelity Advisor Eq. Growth | | | | | | | | | |
| 138. Selected American Shares | | | | | | | | | |
| 139. Vanguard 500 Index | | | | | Sold | 8/19 | M | A | |
| 140. Calamos Growth | | | | | | | | | |
| 141. ICM Small Company Port. | | | | | | | | | |
| 142. Pimco Emerging Companies | | | | | | | | | |
| 143. Strong Common | | | | | Sold | 11/21 | L | A | |
| 144. Artisan Int'l | | | | | | | | | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 =More than $50,000,000
3. Value Method Codes:  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. MS Emerging Market | | | | | | | | | |
| 146. MS Int'l Equity | | | | | | | | | |
| 147. Tweedy Browne Global Value | | | | | | | | | |
| 148. Caldwell & Orkin Mkt Opportunity | | | | | | | | | |
| 149. Cohen & Steers Realty | | | | | | | | | |
| 150. Merger Fund | | | | | | | | | |
| 151. Northeast Investors | | | | | | | | | |
| 152. Schwab Money Market | | | | | | | | | |
| 153. Caldwell & Orkin Mkt. Opp. | | | | | Buy | 8/19 | K | | |
| 154. Cohen & Steers Realty Shares | | | | | Buy | 8/19 | K | | |
| 155. Dodge & Cox Stock | | | | | Buy | 8/19 | J | | |
| 156. Fidelity Adv. Equity Growth | | | | | Buy | 8/19 | J | | |
| 157. JP Morgan Mid Cap Value | | | | | Buy | 11/24 | L | | |
| 158. Merger Fund | | | | | Buy | 8/19 | J | | |
| 159. Northeast Investors Trust | | | | | Buy | 8/19 | K | | |
| 160. Merger Fund | | | | | Sell | 4/8 | J | | |
| 161. Cohen & Steers Realty Shares | | | | | Sell | 4/8 | J | | |
| 162. TRUST NO. TWO | B | Interest | O | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000;
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000;
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000;
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

FINANCIAL DISCLOSURE REPORT

Page 10 of 11

Name of Person Reporting

Matz, A. Howard

Date of Report

5/10/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | Oppenheimer M/M | | | | | | | | | |
| 164. | Whittier CA Bond | | | | | | | | | |
| 165. | Windsor CA Bond | | | | | REDEMP | 9/2 | K | A | |
| 166. | Bell Gardens CA Bond | | | | | REDEMP | 8/1 | K | A | |
| 167. | Calif HFA Bond | | | | | | | | | |
| 168. | Cal St Pubs Bond | | | | | | | | | |
| 169. | Contra Costa CA Bond | | | | | | | | | |
| 170. | Garden Grove CA Bond | | | | | REDEMP | 10/1 | L | C | |
| 171. | Hayward CA Bond | | | | | | | | | |
| 172. | Hercules CA Bond | | | | | REDEMP | 12/1 | K | A | |
| 173. | Hollister CA Bond | | | | | | | | | |
| 174. | Orange City CA Bond | | | | | REDEMP | 12/23 | L | A | |
| 175. | Pasadena CA Bond | | | | | | | | | |
| 176. | San Bernardino Bond | | | | | | | | | |
| 177. | Sanger CA Bond | | | | | REDEMP | 9/2 | L | A | |
| 178. | San Luis Obispo CA Bond | | | | | | | | | |
| 179. | Torrance CA Bond | | | | | | | | | |
| 180. | Capistrano CA Bond | | | | | Buy | 3/24 | K | | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
  P3 =$25,000,001-$50,000,000  P4 =More than $50,000,000
3. Value Method Codes:  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

FINANCIAL DISCLOSURE REPORT

Page 11 of 11

Name of Person Reporting

Matz, A. Howard

Date of Report

5/10/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Pomona CA Bond | | | | | Buy | 12/11 | K | | |
| 182. Paramount CA Bond | | | | | Buy | 10/23 | L | | |
| 183. Bonita Canyon CA Bond | | | | | Buy | 9/18 | K | | |
| 184. Cerritos CA Bond | | | | | Buy | 9/16 | K | | |
| 185. Willis CA Bond | | | | | Buy | 9/9 | K | | |
| 186. Vernon CA Bond | | | | | Buy | 8/12 | K | | |
| 187. TRUST NO. FOUR | B | Div/Interest | L | T | | | | | |
| 188. General Electric | | | | | | | | | |
| 189. Verizon | | | | | | | | | |
| 190. Phoenix-Engemann Cap Growth Fund | | | | | | | | | |
| 191. SBS Money Fund | | | | | | | | | |
| 192. TRUST NO. FIVE | A | Interest | J | T | | | | | |
| 193. Washington Mutual Savings | | | | | | | | | |
| 194. SHERBOURNE | B | Interest | K | T | | | | | |
| 195. TIAA-CREF | C | Interest/Div | N | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date May 10, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)